PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number: 1:04CR05262-01** |
| ) | |
| FRANK W. GUIDO ) | |
| ) | |

On January 3, 2005, the above-named was placed on Probation for a period of 12 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

**Ben J. Blankenship
Senior United States Probation Officer**

Dated:   June 23, 2005
         Fresno, California

---

**ORDER OF COURT**

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

  July 6, 2005                                         /s/ Dennis L. Beck
**Date**                                              **Dennis L. Beck
                                                      Chief United States Magistrate Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG